UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

## CIVIL RIGHTS COMPLAINT FORM
## TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

EARUIN EALY

Inmate # R33776

(Enter full name of Plaintiff)

vs.

CASE NO: 5:12 cv 205-mP-CJK
(To be assigned by Clerk)

THE GEO GROUP INC.

WARDEN MARK HENRY

MS. MCGINTY, CLASSIFICATION SUPERVISOR

MS. PAYNE, HEALTH SERV. ADMINISTRATOR

NURSE WOMBLE

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

### ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

## I. PLAINTIFF:

State your <u>full name</u>, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: EARVIN EALY
Inmate Number: R33776
Prison or Jail: GRACEVILLE CORR. FACILITY
Mailing address: 5168 EZELL ROAD
GRACEVILLE, FL. 32440

## II. DEFENDANT(S):

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for <u>every</u> Defendant:

(1) Defendant's name: MARK HENRY
    Official position: WARDEN
    Employed at: BLACKWATER CORR. FACILITY
    Mailing address: _____

(2) Defendant's name: MS. MCGINTY
    Official position: CLASSIFICATION SUPERVISOR
    Employed at: UNKNOWN
    Mailing address: UNKNOWN

(3) Defendant's name: MS. PAYNE
    Official position: HEALTH SERVICES ADMINISTRATOR
    Employed at: UNKNOWN
    Mailing address: UNKNOWN

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

(4) DEFENDANT'S NAME: NURSE WOMBLE
    OFFICIAL POSITION: NURSE
    EMPLOYED AT: GRACEVILLE CORRECTIONAL FACILITY
    MAILING ADDRESS: 5768 EZELL Rd.
                     GRACEVILLE, FL. 32440

P3. 2 CONT.

## III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

## IV. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE ALL PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes( )   No(X)

1. Parties to previous action:
   (a) Plaintiff(s): _____
   (b) Defendant(s): _____
2. Name of judge: _____   Case #: _____
3. County and judicial circuit: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____

(Attach additional pages as necessary to list state court cases.)

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes(X)   No( )

1. Parties to previous action:
   a. Plaintiff(s): EARVIN EALY
   b. Defendant(s): THE GEO GROUP INC., WARDEN MARK HENRY, MS. MCGINTY, MS. PAYNE.
2. District and judicial division: NORTHERN DISTRICT, PANAMA CITY DIVISION
3. Name of judge: CHARLES J. KAHN JR.   Case #: 5:12-CV-205-MP-CJK
4. Approximate filing date: _____
5. If not still pending, date of dismissal: N/A
6. Reason for dismissal: N/A

3

7. Facts and claims of case: _PLAINTIFF'S RIGHTS TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT WERE VIOLATED._

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( )     No(X)

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____ Case #: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )     No(X)

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____ Case Docket # _____
4. Approximate filing date: _____ Dismissal date: _____
5. Reason for dismissal: _____

4

6. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. (If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)

PLAINTIFF IS CURRENTLY CONFINED TO THE FLORIDA STATE PRISON SYSTEM AND HOUSED AT GRACEVILLE CORRECTIONAL FACILITY, WHICH IS A PRIVATELY RUN FACILITY, THAT AT THE TIME OF THE CONSTITUTIONAL DEPRAVATIONS GIVING RISE TO THIS COMPLAINT WAS MANAGED BY THE GEO GROUP AND UNDER CONTRACT WITH THE STATE OF FLORIDA.

UNDER THE RULES OF THE DEPARTMENT OF CORRECTIONS, AND THE ADA, THE PLAINTIFF IS TO BE PROVIDED WITH THE ASSISTANCE OF ASSIGNED INMATE IMPAIRED AIDS TO ASSIST HIM WITH DAILY FUNCTIONS DUE TO HIS DISABILITY OF NEAR TOTAL BLINDNESS. THE PLAINTIFF WAS ASSIGNED A PRIMARY IMPAIRED INMATE AID, BUT WAS WITHOUT A SECONDARY AID TO ASSIST HIM IN THE EVENT THAT HIS PRIMARY AID WAS ATTENDING EDUCATIONAL CLASSES, MEDICAL CALLOUTS, RELIGIOUS SERVICES, OR FAMILY VISITATIONS.

DURING THE MONTH OF JUNE, 2009, WARDEN HENRY WAS E-MAILED SEVERAL TIMES BY AN OUTSIDE SOURCE ON BEHALF OF THE PLAINTIFF REQUESTING THAT A SECONDARY AID BE ASSIGNED TO ASSIST HIM, BECAUSE HE WAS BEING LEFT UNATTENDED DUE TO HIS PRIMARY AIDS SCHOOL CLASSES, VISITATIONS, AND RELIGIOUS SERVICE ATTENDANCE.

ON OR ABOUT JUNE 19, 2009, WARDEN HENRY WAS E-MAILED INFORMING HIM THAT PLAINTIFF WAS WITHOUT A ASSIGNED SECONDARY AID TO ASSIST HIM. ON OR ABOUT THAT SAME DAY, THE PLAINTIFF WAS TAKEN TO THE MEDICAL DEPARTMENT WHERE NURSE NOMBLE WAS MADE AWARE THAT THE PLAINTIFF WAS WITHOUT THE USE OF AN ASSIGNED SECONDARY AID. ON OR ABOUT THAT SAME DAY, JAMES NETHERY AN INMATE WILLING TO BE ASSIGNED AS PLAINTIFFS SECONDARY AID WAS THREATEND BY CLASSIFICATION SUPERVISOR MCGINTY THAT IF HE DID NOT SIGN A DOCUMENT STATING THAT HE REFUSED TO BE PLAINTIFF'S SECONDARY AID, HE WOULD BE PLACED IN CONFINEMENT AND LOSE GAIN TIME.

5

On or about August 22, 2009, while Plaintiff's primary aid was at visitation, he fell and injured his thumb, ringfinger, and wrist of his left hand, because he was left without a secondary aid to assist him.

On or about August 26, 2009, the Plaintiff went to medical requesting treatment for the injuries he sustained from the fall that occurred on or about August 22, 2009. Plaintiff was told by medical staff to "get out of here", and was not treated for his injuries.

On or about September 2, 2009, Warden Henry was e-mailed and informed that Plaintiff was still without a secondary aid, and told that because of that, he fell and hurt himself, on or about August 22, 2009.

During the month of November 2009, due to still being denied the assistance of a secondary aid and because Plaintiffs' primary aid was unable to assist, the Plaintiff fell again and injured his thumb and middle finger of his right hand.

On or about November 24, 2009, X rays were taken of both Plaintiff's right and left hands. Subsequently, said X ray results displayed abnormalities.

On or about December 3, 2009, after approximately six months without the use of an assigned secondary aid, the Plaintiff was finally assigned one to assist him. It should be noted that Plaintiff had two inmate aids to assist him (a primary and secondary) before being moved to another dorm within the facility. The Defendants' refused to move Plaintiffs' secondary aid to be housed within his same dorm. Throughout the above cited time frame, the Defendants were made aware that Plaintiff was without a secondary aid to assist him. The Defendants were made aware by either e-mail or a face to face encounter with the Plaintiff.

The Plaintiffs' numerous attempts to be assigned a secondary aid were ignored for approximately six months, and as a direct result of the Defendants' deliberate indifference to the Plaintiffs' disability, the Plaintiff sustained pain and suffering, disfigurement, and permanent injury from two seperate falls. This occurred because Defendants' refused to assign Plaintiff a secondary aid to assist him while his primary aid had other obligations

pg. 5(A) Statement of Facts Cont.

SUCH AS VISITATION, EDUCATION ASSIGNMENTS, OR MANDATORY CALLOUTS.

THE PLAINTIFF'S SUSTAINED INJURIES WOULD NEVER HAVE OCCURRED, HAD THE DEFENDANTS NAMED IN THIS COMPLAINT TAKEN ACTION AND PROVIDED PLAINTIFF WITH A SECONDARY AID.

THE GEO GROUP'S FAILURE TO PROVIDE A COMPETENT ADA CORDINATOR COMBINED WITH THE INSTITUTIONS POLICY OF NOT BEING ALLOWED TO ACCESS EMERGENCY SICK CALL, UNLESS YOUR BLEEDING ALONG WITH DEFENDANTS' FAILURE TO PROVIDE PLAINTIFF WITH A SECONDARY AID, DIRECTLY LED TO PLAINTIFF'S INJURIES.

pg. 5(B) STATEMENT OF FACTS CONT.

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

PLAINTIFF CONTENDS HIS RIGHT TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT, PURSUANT TO THE 8th AMENDMENT WERE VIOLATED.

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

THE PLAINTIFF SEEKS BOTH COMPENSATORY AND PUNITIVE DAMAGES, AS WELL AS INJUNCTIVE AND DECLATORY RELIEF.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

2/7/2013
(Date)

_____
(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☒ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the 27th day of FEBRUARY, 2013.

_____
(Signature of Plaintiff)

Revised 03/07

7