UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

EARVIN EALY,

     Plaintiff,

v.                                                                    Case No. 5:12cv205-MP-CJK

GEO GROUP, INC., et al.,

     Defendants.

_____/

<u>REPORT AND RECOMMENDATION</u>

This case is before the court on the defendants' Notice of Settlement.  (Doc. 102).  Defendants represent that this case has been settled, with each side to bear their own fees and costs.  The parties request that the court retain jurisdiction over the case to enforce the terms of the settlement and to address other matters as may be necessary.

Accordingly, it is respectfully RECOMMENDED:

1.     That this case be DISMISSED WITH PREJUDICE from the active docket of the court.

2.     That in the event the settlement is not consummated, the court reserve jurisdiction, upon motion filed by any party within 60 days, to reinstate the case.

3.      That the clerk be directed to close the file in this case for administrative

purposes, and upon the expiration of 60 days without activity, the clerk be directed

to close the case for all purposes.

At Pensacola, Florida, this 15th day of September, 2016.


/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within
fourteen (14) days after being served a copy thereof.  Any different deadline that
may appear on the electronic docket is for the court's internal use only, and does not
control.  A copy of objections shall be served upon the Magistrate Judge and all other
parties.   A party failing to object to a Magistrate Judge's findings or
recommendations contained in a report and recommendation in accordance with the
provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the
district court's order based on unobjected-to factual and legal conclusions. *See* U.S.
Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.