# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

EARVIN EALY,

    *Plaintiff,*

v.                             **CASE NO. 5:12-cv-00205-MP-CJK**

GEO GROUP INC, ET AL.,

    *Defendants.*

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 15, 2016. ECF No. 103. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1.    The Magistrate Judge's Report and Recommendation, ECF No. 103, is adopted and incorporated by reference in this order.

2.    This case is **DISMISSED WITH PREJUDICE**.

3.  In the event the settlement is not consummated, the Court reserves jurisdiction, upon motion filed by any party within 60 days, to reinstate the case.

4.  The clerk is directed to close the file in the case for administrative purposes, and upon the expiration of 60 days without activity, the clerk is directed to close the file for all purposes.

**SO ORDERED on October 14, 2016.**

<u>**s/Mark E. Walker**</u>
**United States District Judge**